IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY VANEK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV3223 |
| | ) | |
| v. | ) | ORDER ON MOTION TO CONTINUE |
| | ) | SUMMARY JUDGMENT RESPONSE |
| I.I. INC., | ) | DEADLINE, RESCHEDULE PRETRIAL |
| | ) | CONFERENCE AND TRIAL |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the plaintiff's Motion to Continue Summary Judgment Response Deadline, filing 33, is granted;

2. the plaintiff's response shall be filed on or before June 6, 2007;

3. the pretrial conference is rescheduled and shall commence at 2:00 p.m. on August 13, 2007, before Magistrate Judge David L. Piester;

4. the trial is rescheduled and shall commence at 9:00 a.m. on August 27, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, with jury selection at the commencement of trial; and

5. counsel shall meet for a conference in chambers at 8:30 a.m. prior to the commencement of trial.

Dated May 16, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge