IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY VANEK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3223 |
| | ) | |
| v. | ) | |
| | ) | |
| I.I., Inc., | ) | ORDER ON UNOPPOSED MOTION TO |
| | ) | EXTEND THE SUMMARY JUDGMENT |
| Defendant. | ) | RESPONSE DEADLINE |
| | ) | |

    IT IS ORDERED that the Unopposed Motion to Extend the Summary Judgment Response Deadline, filing 46, is granted and the plaintiff is granted a one-day extension to June 7, 2007, to file her response to the Defendant's Motion for Summary Judgment.

    Dated June 6, 2007.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge