IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY VANEK, | ) | Case No. 4:06cv3223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| I. I. INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Defendant's Motion to Continue, filing 42. Following a conference with counsel, the Court, being fully advised in the premises, grants said motion.

IT IS THEREFORE ORDERED,

1.  The jury trial currently subject to call August 27 through August 31, 2007 is continued until September 10, 2007 at 9:00 a.m.

2.  The deadline for disclosure of trial exhibits is extended to August 1, 2007.

Dated: June 6, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

L:\PIESTER\CAR\Public\Proposed Orders\Vanek-Motion to Continue- Draft Order (00135110).wpd