IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY VANEK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3223 |
| | ) | |
| v. | ) | |
| | ) | |
| I.I., Inc., | ) | ORDER ON DEFENDANT'S OBJECTIONS |
| | ) | TO PLAINTIFF'S DEPOSITION |
| Defendant. | ) | TESTIMONY OF JOSEPH VANARSDALE |
| | ) | |

The objections made by the defendant, either at the time of the taking of the deposition of Joseph VanArsdale or in filing 102, are ruled on as follows:

Page 5, lines 2-5, sustained

Page7, lines 11-16, overruled

Page 9, lines 2-6, sustained

Page 9, lines 11-17, overruled

Page 9, lines 19 through page 10, line 12, overruled

Page 10, lines 25 through page 11, lines 1-22, overruled

Page 13, lines 4-6, overruled

Page 14, lines 13-24, sustained

Page 14, line 25 through page 15, lines 1-3, overruled

Page 15, lines 4-10, sustained

Page 17, lines 12-16, overruled

Dated September 5, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge