IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY VANEK, | ) | CASE NO: 4:06-CV-03223 |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| I.I. INC., | ) ) | |
| Defendant. | ) ) | |

This matter came on before the Court on the Unopposed Motion for Dismissal With Prejudice in the above-captioned matter.

It is hereby ordered that the motion is granted and the matter is dismissed with prejudice.

BY THE COURT:

s/ Warren K. Urbom

United States Senior District Judge